UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO HOUSING AND FINANCE ASSOCIATION, an independent public body corporate and politic, | Case No. 1:10-CV-367-BLW |
| Plaintiff, | **ORDER** |
| v. | |
| GENWORTH MORTGAGE INSURANCE CORPORATION, a North Carolina corporation, a.k.a. GENWORTH FINANCIAL SERVICES, INC., a Delaware corporation, a.k.a. GENWORTH FINANCIAL; DOES I through X; and CORPORATE DOES I through X, | |
| Defendants. | |

The Court has before it the parties' Stipulation Re: Non-Waiver and Claw-Back

(Dkt. 13). To facilitate the production of documents, the parties to this action have

entered into a Non-Waiver and Claw-back Stipulation. In consideration of the parties

Stipulation and pursuant to Federal Rule of Evidence 502(d),

**THE COURT HEREBY ORDERS**:

1.      The inadvertent production of privileged or protected material during the course of

discovery shall not be deemed a waiver or an impairment of any claim of privilege or

protection, including the attorney-client privilege and the work-product doctrine, in this or any other state or federal proceeding, as to the material inadvertently produced or as to the subject matter thereof.

2.    In the event counsel to a party producing documents in response to a request for production or disclosures pursuant to Federal Rule of Civil Procedure 26 ("Producing Party") discovers an inadvertent production of privileged or protected material, the Producing Party shall notify counsel to the party who received the inadvertent production ("Receiving Party") in writing and identify the privileged or protected material by Bates number.  Upon receipt of a notice of inadvertent disclosure, the Receiving Party must refrain from viewing such material or using such material in any way, and must follow the Producing Party's instructions regarding the disposition of the material.  To the extent there is a disagreement regarding the proper disposition of the material, the Receiving Party shall refrain from using the material unless and until the Court makes a determination as to its proper disposition.

3.    In the event the Receiving Party believes that the Producing Party inadvertently produced privileged or protected material, the Receiving Party shall notify the Producing Party in writing and identify the suspected privileged or protected material by Bates number within five business days of such discovery.  Once the Receiving Party believes that there has been an inadvertent disclosure, the Receiving Party must refrain from viewing such material or using such material in any way and must follow the Producing

Party's instructions regarding the disposition of the material. To the extent there is a disagreement regarding the proper disposition of the material, the Receiving Party shall continue to refrain from using the material unless and until the Court makes a determination as to its proper disposition.

## ORDER

**IT IS ORDERED:**

1.  The Parties' Stipulation Re: Non-Waiver and Claw-Back (Dkt. 13) is

    **GRANTED** and **ADOPTED**.


DATED: **October 29, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge